# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA RODRIGUEZ-MORFIN, | Case No. 2:19-cv-02177-GMN-VCF |
| Petitioner, | |
| v. | **ORDER** |
| D.W. NEVEN, et al., | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Maria Rodriguez-Morfin's Motion to Extend Time (ECF No. 4) and Motion/Request for Records (ECF No. 5).

First, Petitioner seeks additional time to submit a complete application to proceed *in forma pauperis* ("IFP") because she has yet to receive the required financial information from the Nevada Department of Corrections. Good cause appearing, the motion is granted. Rodriguez-Morfin has until February 24, 2020 to file the completed IFP application.[1]

Rodriguez-Morfin also filed a request seeking a "Copy of All Records in File." (ECF No. 5.) There are no records filed in this Court besides Rodriguez-Morfin's initiating documents, the Court's notice assigning a case number, the order instructing her to submit a complete IFP application, and her current motions. It is unclear whether this request was intended for this federal district court or the state court that adjudicated Rodriguez-Morfin's underlying criminal case and entered the judgment of conviction. To the extent she seeks documents contained in the state court record, this request is premature as the Court routinely instructs the counsel for the Respondents to prepare and file the relevant portions of the record after the petition is screened. The Federal Rules of Civil Procedure require each party to serve court filings on an opposing party. *See* Fed. R. Civ. P. 5. The Court will screen the petition once the filing fee is resolved.

---

[1] Petitioner requested an extension until February 23, 2020; however, that date falls on a weekend. For clarity, the Court sets the deadline on the following business day. *See* Fed. R. Civ. P. 6(a)(3).

**IT IS THEREFORE ORDERED:**

1. Petitioner Maria Rodriguez-Morfin's Motion to Extend Time (ECF No. 4) is **GRANTED**. She has until **February 24, 2020**, to file a completed IFP application.
2. Rodriguez-Morfin's Motion/Request for Records (ECF No. 5) is **DENIED**.

DATED: February 5, 2020

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE