# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARIA RODRIGUEZ-MORFIN,

                                                    Petitioner,

          v.

D.W. NEVEN, et al.,

                                                    Respondents.

Case No. 2:19-cv-02177-GMN-VCF

**ORDER**

        Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 13) is GRANTED.  Respondents have until August 21, 2020, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

        IT IS SO ORDERED.

        DATED:  July 8, 2020

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE