# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA RODRIGUEZ-MORFIN,<br><br>　　　　　Petitioner,<br>　v.<br>D.W. NEVEN, et al.,<br><br>　　　　　Respondents. | Case No. 2:19-cv-02177-GMN-VCF<br><br>**ORDER** |

　　　Good cause appearing, Respondents' second Motion for Enlargement of Time (ECF No. 16) is GRANTED. Respondents have until August 26, 2020, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

　　　IT IS SO ORDERED.

　　　DATED: August 24, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1